[If you need additional space for ANY section, please attach an additional sheet and reference that section.]




RECEIVED
12/9/2020
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

**20CV7393**
**JUDGE WOOD**
**MAGISTRATE JUDGE GILBERT**
**PC1**

Oya Awanata

(Enter above the full name of the plaintiff or plaintiffs in this action)

vs.

Dr. Bonnie M. Nowakowski
Lt. Clark-Williams
Mr. J. King
Barry Jonas
Andrew Kameros
A. Henderson

(Enter above the full name of ALL defendants in this action. Do not use "et al.")

Case No:_____
(To be supplied by the Clerk of this Court)

**CHECK ONE ONLY:**      **AMENDED COMPLAINT**

_____   **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983 U.S. Code** (state, county, or municipal defendants)

__X__   **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code** (federal defendants)

_____   **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

I. **Plaintiff(s):**

   A. Name: Oga Awanata

   B. List all aliases: _____

   C. Prisoner identification number: _____

   D. Place of present confinement: _____

   E. Address: _____

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

   A. Defendant: Bonnie M. Nowakowski
      Title: Doctor
      Place of Employment: Metropolitian Correctional Center

   B. Defendant: Clark William
      Title: Officer
      Place of Employment: Metropolitian Correctional Center

   C. Defendant: Mr. J. King
      Title: Medical personnel
      Place of Employment: Metropolitian Correctional Center

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

additional page attached for page 2

2

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

additional space for page 2 for the defendant section.

Defendant

D. A. Henderson

Title: Counselor/officer

Place of employment: Bureau of prisons / Metropolitan Correctional Center

E. Defendant: Barry Jonas

Title: Attorney

Place of Employment: United States Court house

F. Defendant: Andrew Kameros

Title: Attorney

Place of employment: United States Court house

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

    A. Name of case and docket number: _____

    B. Approximate date of filing lawsuit: _____

    C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _____

    D. List all defendants: _____

    E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _____

    F. Name of judge to whom case was assigned: _____

    G. Basic claim made: _____

    H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _____

    I. Approximate date of disposition: _____

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

### IV.  Statement of Claim:

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

Comes Now, Oya Awanata a private American National and Diplomat who lives in a non-military estate outside of the "Federal District" of the United States of America not subject to 12 USC 95(a) Trading with the enemy Act or 50 USC 5App (b) Emergency Banking Relief Act. I have been experiencing abuse of power and delibrate destruction of innocents while metropolitian Correctional Center employees have no regard for human life. Several employees by the name of DR. Bonnie Nowakowski, Lt. Clark-Williams, and Mr. J. King just to name a few caused the obstruction of petitioner from going to the Emergency Room to have breathing treatment and from getting medically sound judgement to be given to the petitioner who injuried in Metropolitian Correctional Center located at 71 W. Van Burean by threat of force, willfully prevents, obstructs, impedes, or interferes with, or willfully attempts to prevent, obstruct, impede or interfere with the due exercise of rights of having medically sound attention or the performance of duties under any Federal prison facility of the United States. Under Color of law DR. Bonnie Nowakowski, Lt. Clark-Williams

4                                                                                  Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

and Mr. J. King willfully subject petitioner to harsh treatment and engaged in discrimnation because of color, race, religion, sex, national origin, disability, or age with little or no regard for human life and refused medically sound attention to petitioner who was in need of an emergency care. Petitioner has been denied for several months of breathen medication, pain meds, check ups, and dental cleanings. The agents of this institution or department or agency have went on the record and stated that petitioner "refused treatment" by E.R. which was not true. The agents made false entry in books, reports, or statement of or to any institution or without being authorized to give medical advice. Knowingly produces, transfers, or possesses a document, falsifies, conceals, or covers up by any trick, scheme, or device a material fact and makes materially false, fictitious, or fraudulent statement or representation, or makes use of any false writing or document knowing the same to contain any materially false, fictitious, or fraudulent statement or entry while retaliating against the petitioner who's the victim in all of this. It is upon information and belief that H. Clark-Williams and DR. Bonnie conspired with several other employees with the intent to retaliate against petitioner for providing information relating to the commission of a federal offense

5. See additional sheet numbered 5.2

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

or violation knowingly, with the unlawful actions to retaliate and harm the petitioner to further the cover up of malfeasance of personnel here at the Metropolitan Correctional Center. I have been injured and am still in need of medically sound attention for my injury sustained including but not limited to the falling from the top bunk bed leg injury, shortiness of breath from allergies within the facilities same space held with other inmates, and rape that happened on may 13, 2020 which had me up all night til the next day bleeding on May 14, 2020 for which officer Reese was the contact person who gave me clean cloths.

I am being injuried by the ongoing actions of the personnel. I the victim and petitioner is being retaliated against because of the reports of malfeasance, unethical, and disdain practice of law, and having abused power, threaten my life, legal process in administrating civil and criminal, in the manner for which the purpose was not designed, in order to extert pressure on the petitioner to cause petitioner to take some action. Knowingly retards, ~~and~~ intentionally, and maliciously interfers with authorized operation of a communication to District court Judge. They have under color of law willfully subjected petitioner to the deprivation of rights, privileges, or immunites secured or protected by the constitution or laws of the United States, by reason of petitioner color, or race, religion, age and gender, and contrives to conspire to injurer the free exercise or else or enjoyment of rights, immunitees and privileges secured to petitioner.    5.2 page

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**V.   Relief:**

State briefly exactly what you want the court to do for you.  Make no legal arguments.  Cite no cases or statutes.

I pray for the assistance. I pray for relief. I pray for restitution, substitution, subrogation, the barring of any future claims against petitioner, I pray for the court to further give relief that the court may deem just, fit, or proper in petitioner favor or just, fit, or proper with a restraining order.

**VI.**   The plaintiff demands that the case be tried by a jury.   ☐ YES   ☒ NO

### CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief.  I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this 24 day of 11, 20 20

By: Oya Awanata  Without recourse Without prejudice All Rights Reserved
By: Oya Awanata  Without recourse Without prejudice All Rights Reserved
(Signature of plaintiff or plaintiffs)

By Oya Awanata  Without recourse Without prejudice All Rights Reserved
(Print name)

#
(I.D. Number)

_____
_____
_____
(Address)